AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-SC-1910
THE SEARCH OF INFORMATION FOR A T-MOBILE )
CELL PHONE ACCOUNT FOR INVESTIGATION OF )
VIOLATION(S) OF 18 U.S.C. § 1512; 18 U.S.C. § 641; 18 )
U.S.C. § 1752; 40 U.S.C. § 5104 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____District of New Jersey_____.
*(identify the person or describe the property to be searched and give its location):*

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before _____June 22, 2021_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Zia M. Faruqui_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____6/8/2021_____     /s/ Zia M. Faruqui
                                                Zia M. Faruqui
                                                2021.06.08 17:15:57 -04'00'
                                                *Judge's signature*

City and state: _____Washington, D.C._____     Zia M. Faruqui
                                                 United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 21-SC-1910 | Date and time warrant executed: 6/9/2021 at 0737AM PST | Copy of warrant and inventory left with: T-Mobile |
|---|---|---|

Inventory made in the presence of : N/A — Digital Search Warrant

Inventory of the property taken and name(s) of any person(s) seized:

1) Toll Records from 1/3/2021 to 2/3/2021 for target cellular phone number

2) Subscriber information associated with target cellular phone number.

3) Text message content from 1/3/2021 to 2/3/2021 for target cellular phone number.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/14/2021

David Cochran
*Executing officer's signature*

Special Agent David Cochran
*Printed name and title*